SO ORDERED.

Dated: May 20, 2011

_____
CHARLES G. CASE, II
U.S. Bankruptcy Judge

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

11-10117

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Caroline Gentry<br>      Debtor.<br>_____<br>Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-WMC2<br>      Movant,<br>  vs.<br>Caroline Gentry, Debtor, Brian J. Mullen, Trustee.<br>      Respondents. | No. 2:11-bk-09859-CGC<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #15) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated March 17, 2006 and recorded in the office of the Maricopa County Recorder wherein Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-WMC2 is the current beneficiary and Caroline Gentry has an interest in, further described as:

> Unit 34, inclusive, EDDA WAY TOWNHOMES CONDOMINIUMS UNITS III and IV, according to Declaration of Condominium recorded in Recording No. 2001-0315555, amended in Recording Nos. 2001-0315556 and 2002-0886912, re-recorded in Recording Nos. 2002-0947686, 2002-0886913 and 2002-0947687 amended in Recording No. 2005-138683A, and plat of EDDA WAY TOWNHOMES CONDOMINIUMS UNITS III and IV, recorded in Book 726 of Maps, page 32, records of Maricopa County, Arizona.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.